IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN QURA, | )<br>) Civil No. 1:07-CV-01070-OWW-DLE<br>) |
| Plaintiff, | )<br>) **ORDER**<br>) |
| v. | ) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant, | ) |

    Having considered the Joint Motion to Continue Scheduling Conference, for good cause showing, the Court hereby GRANTS the Motion.  Accordingly,

    IT IS ORDERED that the parties shall have until November 29, 2007, to file a joint Scheduling Report with the Court.

    IT IS FURTHER ORDERED that the telephonic scheduling conference shall be held on December 6, 2007, at 8:45 a.m.

IT IS SO ORDERED.

**Dated:   November 2, 2007**          **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE