IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

HASSAN QURA                                    )
                                               )          Civil No. 1:07-CV-01070-OWW-DLB
                                               )
            Plaintiff,                         )
                                               )          **ORDER**
        v.                                     )
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
            Defendant,                         )
_____)

    Having considered the Joint Motion to Discovery Cut-Off , for good cause showing, the Court hereby

GRANTS the Motion.  Accordingly,

    IT IS ORDERED that the parties shall have until September 19, 2008, to complete discovery.

    IT IS SO ORDERED.

    **Dated:   August 19, 2008**            _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE