UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN QURA, | ) | |
| | ) | 1:07-CV-1070 OWW DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   October 3, 2008**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

1